**NOTE CHANGES MADE BY THE COURT**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA ROMERO; individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GOLDEN STATE SUPPLY, LLC, a limited liability corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>and Consolidated Action. | LEAD CASE No.: 2:23-cv-10578-MCS-AS<br>Consolidated With Case No. 2:24-cv-00049-MCS-AS<br><br>**ORDER STAYING CASE (ECF NO. 42)**<br><br>Complaint Filed: November 7, 2024<br>Trial Date:  None Set<br>Judge:  Hon. Mark C. Scarsi |

Case Nos. 2:23-cv-10578-MCS-AS,
2:24-cv-00049-MCS-AS

ORDER STAYING CASE

The Court, having received and reviewed the Joint Motion to Stay, and finding good cause therefore, **HEREBY ORDERS AS FOLLOWS**:

1. This case is stayed in its entirety until further order of the Court.
2. All dates and deadlines are vacated.
3. **For case administration purposes only, the Court directs the Clerk to file this Order in the docket for both cases subject to the stay, Nos. 2:23-cv-10578-MCS-AS and 2:24-cv-00049-MCS-AS, and remove both cases from the Court's active caseload until further application by the parties or order of this Court.**
4. **The parties shall file a joint status report within 120 days, and a further report every 120 days thereafter. Each report must state on the cover page the date the next report is due. Additionally,** no later than 14 days after the court in the Gonzalez Action rules on the approval of the global settlement, the Parties shall file a joint report advising the Court of the status of the case.
5. If the court in the Gonzalez Action denies approval of the global settlement, the Parties shall file a joint report advising the Court of the status of the case and the Court shall set a scheduling conference.

Dated: November 12, 2024

_____
Mark C. Scarsi
United States District Judge

Case Nos. 2:23-cv-10578-MCS-AS,
2:24-cv-00049-MCS-AS

1

ORDER STAYING CASE